**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 24 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  ADINA I. ZAHARESCU,  Debtor. | No. 14-55403 |
| SATISH SHETTY,  Appellant,  v.  LSI TITLE COMPANY,  Appellee. | D.C. No. 2:13-cv-06570-RGK  MEMORANDUM* |

Appeal from the United States District Court
for the Central District of California
R. Gary Klausner, District Judge, Presiding

Submitted August 9, 2017**

Before:    SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges

Satish Shetty appeals pro se from the district court's order affirming the

bankruptcy court's order dismissing claims against appellee in Shetty's adversary

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

proceeding. We review de novo our own jurisdiction and whether a bankruptcy court's decision is final. *Silver Sage Partners, Ltd. v. City of Desert Hot Springs (In re City of Desert Hot Springs)*, 339 F.3d 782, 787 (9th Cir. 2003). We dismiss.

This court lacks jurisdiction over this appeal because "the bankruptcy court's order did not dispose of all of the issues in the adversary proceeding" or "direct entry of judgment under Fed. R. Civ. P. 54(b) which applies to adversary proceedings in bankruptcy by virtue of Bankruptcy Rule 7054." *Walther v. King City Transit Mix, Inc. (In re King City Transit Mix, Inc.)*, 738 F.2d 1065, 1066-67 (9th Cir. 1984) (appellate jurisdiction in bankruptcy extends only to matters appealable to the district court as of right).

Appellee's motion to take judicial notice (Docket Entry No. 12) is denied as unnecessary.

**DISMISSED.**